AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SFR INVESTMENTS POOL 1, LLC

        Counter Claimant

v.

JOHN FOLEY

        Counter Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00844-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Granting Motion for Partial Reconsideration of [83] Order; and the [85] Motion for Default Judgment, Default Judgment is granted against Counter Defendant, John Foley and in Favor of Counter Claimant, SFR Investments Pool 1, LLC in accordance with the [105] Order.

| | |
|---|---|
| 11/3/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ D. Reich-Smith |
| | Deputy Clerk |